**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SUMFINIDADE UNIPESSOAL LDA,**<br><br>    Plaintiff**,**<br><br>    vs.<br><br>**ANGELHACK CORPORATION,**<br><br>    Defendants**.** | CASE NO. 4:23-cv-03260-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Parties filed a notice that a settlement has been reached in this action and that parties intend to file a stipulation to dismiss. (Dkt. No. 9.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within seventy-five (75) from the date of this Order, that the case should be reopened this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated:  September 21, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**